IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROSIE MARIE HOWERTON, | ) | No. C 11-4360 LHK (PR) |
| Petitioner, | ) ) | JUDGMENT |
| vs. | ) ) | |
| WARDEN TEWS, | ) ) | |
| Respondent. | ) ) | |

    The Court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

    IT IS SO ORDERED.

DATED: 10/14/11

LUCY H. KOH
United States District Judge

Judgment
C:\Users\allenc\AppData\Local\Temp\fz3temp-1\Howerton360jud.wpd